# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:04CR00097 |
| v. | OPINION |
| MARTY DEWAYNE LAWSON, | By: James P. Jones |
| Defendant. | United States District Judge |

*Marty Dewayne Lawson, Pro Se Defendant.*

On September 1, 2005, defendant Marty Dewayne Lawson was sentenced in this court to 195 months' imprisonment (ECF No. 27), and on December 19, 2012, I denied Lawson's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. *United States v. Lawson*, No. 1:04CR00097, 2012 WL 6621839, at *1 (W.D. Va. Dec. 19, 2012), *appeal dismissed*, 514 F. App'x 347 (4th Cir. 2013) (unpublished). More than three years later, Lawson has filed another Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 54) based on a change in case law. Because Lawson has not shown that the United States Court of Appeals for the Fourth Circuit has authorized him to file a successive § 2255 motion, the § 2255 motion must be dismissed without prejudice as successive pursuant to 28 U.S.C. § 2255(h).

DATED: May 2, 2016

/s/ James P. Jones
United States District Judge